UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                            :
:
       -v-                                                               :    21-CR-206 (PAE)
:
SALLY SPINOSA                                              :    SCHEDULING ORDER
:
                           Defendants.       :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **March 30, 2021** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

                                                                                 _____

Dated: March 26, 2021                                  PAUL A. ENGELMAYER
       New York, New York                    United States District Judge