UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
UNITED STATES OF AMERICA,        :
        :
      -v-        :        21-CR-206 (PAE)
        :
SALLY SPINOSA,        :        SCHEDULING ORDER
        :
      Defendant.        :
        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- Any Government motion seeking production of attorney-client communications pursuant to the crime-fraud exception is due **May 14, 2021.**
- Any defense opposition to any such motion is due **May 28, 2021.**
- The next conference in this case is scheduled for **July 16, 2021** at **12:00 p.m.**
- Pre-trial motions are due on **July 30, 2021.**
- Opposition to any pre-trial motions are due **August 20, 2021**.
- Any reply is due **September 3, 2021.**
- Trial is scheduled for **December 13, 2021** at **9:30 a.m.**
- Time is excluded pursuant to 18 U.S.C 3161(h)(7)(A), until **December 13, 2021.**

SO ORDERED.

Dated: March 30, 2021
       New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge