**Meringolo & Associates, P.C.**
375 Greenwich Street
New York, NY 10013
(212) 941-2077 / (212) 202-4936 fax
www.meringololaw.com

May 13, 2021

Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Sally Spinosa,* **21-CR-206 (PAE)**

Dear Judge Engelmayer:

On behalf of defendant Sally Spinosa in the above-captioned matter, who is currently released on bail, we respectfully write to request the Court's permission for her to travel outside of this district to visit her father. Ms. Spinosa's father, William McMillen (age 79) lives in Glenmount, New York. Mr. McMillen's wife, Ms. Spinosa's stepmother, has recently passed away and Ms. Spinosa wishes to visit her father during these troubling times. She would like to visit from Friday, May 21st to Sunday, May 23rd. The exact address, itinerary, and contact information has been provided to the government and Pretrial Services, both of whom have no objection to this request in light of the documentation submitted.

Thank you for your consideration.

Respectfully submitted,

____/s/_____
John Meringolo, Esq.

CC: All counsel (via ECF)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 27.

5/13/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge