UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
-v-                                                   :         21-CR-206 (PAE)
:
SALLY SPINOSA,                                                          :         SCHEDULING ORDER
:
:
Defendant.                              :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **July 15, 2021** at **11:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: June 23, 2021
New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge