April 8, 2020 P.M.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

                    -v-                                    **WAIVER OF RIGHT TO BE PRESENT**
                                                           **AT CRIMINAL PROCEEDING**

**Sally Spinosa**      ,
                                        Defendant.          21 -CR-206      ( PAE )
------------------------------------------------------------------X

**Check Proceeding that Applies**

__X__   Entry of Plea of Guilty

> I am aware that I have been charged with violations of federal law. I have consulted with my
> attorney about those charges. I have decided that I wish to enter a plea of guilty to certain
> charges. I understand I have a right to appear before a judge in a courtroom in the Southern
> District of New York to enter my plea of guilty and to have my attorney beside me as I do. I am
> also aware that the public health emergency created by the COVID-19 pandemic has interfered
> with travel and restricted access to the federal courthouse. I have discussed these issues with my
> attorney. By signing this document, I wish to advise the court that I willingly give up my right to
> appear in person before the judge to enter a plea of guilty. By signing this document, I also wish
> to advise the court that I willingly give up any right I might have to have my attorney next to me
> as I enter my plea so long as the following conditions are met. I want my attorney to be able to
> participate in the proceeding and to be able to speak on my behalf during the proceeding. I also
> want the ability to speak privately with my attorney at any time during the proceeding if I wish to
> do so.


Date: 8\3\21   **Sally Spinosa** _____              _Sally Spinosa_
              Print Name                              Signature of Defendant


____   Sentence

> I understand that I have a right to appear before a judge in a courtroom in the Southern District
> of New York at the time of my sentence and to speak directly in that courtroom to the judge who
> will sentence me. I am also aware that the public health emergency created by the COVID-19
> pandemic has interfered with travel and restricted access to the federal courthouse. I do not wish
> to wait until the end of this emergency to be sentenced. I have discussed these issues with my
> attorney and willingly give up my right to be present, at the time my sentence is imposed, in the
> courtroom with my attorney and the judge who will impose that sentence. By signing this
> document, I wish to advise the court that I willingly give up my right to appear in a courtroom in
> the Southern District of New York for my sentencing proceeding as well as my right to have my
> attorney next to me at the time of sentencing on the following conditions. I want my attorney to

be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date:              ____John Meringolo_____
                   Print Name                         Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date:              _____
                   Signature of Defense Counsel

**Accepted:**     Paul A. Engelmayer
                   Signature of Judge
                   Date:  8/4/2021

2