**Meringolo & Associates, P.C.**
375 Greenwich Street
New York, NY 10013
(212) 941-2077 / (212) 202-4936 fax
www.meringololaw.com

October 28, 2021

Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Sally Spinosa,* 21-CR-206 (PAE)

Dear Judge Engelmayer:

On behalf of defendant Sally Spinosa in the above-captioned matter, who is currently released on bail, we respectfully write to request the Court's permission for her to travel outside of this district to visit her father. Ms. Spinosa's father, William McMillen (age 79) lives in Glenmount, New York. Mr. McMillen is having a memorial service for his deceased wife, Ms. Spinosa's stepmother. Ms. Spinosa would like to visit from Saturday, November 6th to Monday, November 8th. The exact address has been provided to the government and Pretrial Services, both of whom have no objection to this request.

Thank you for your consideration.

Respectfully submitted,

/s/
John Meringolo, Esq.

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 45.

10/29/2021
SO ORDERED.

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge